IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONI BONE                                                                                           PLAINTIFF

v.                                    CASE NO. 4:09CV00685 BSM

G4S YOUTH SERVICES, LLC; MARY
STEELE, In Her Individual and Official
Capacity; VALENCIA PUMPHREY, In
Her Individual and Official Capacity;
ARKANSAS DEPARTMENT OF HUMAN
SERVICES; and TODD SPEIGHT                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 30th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE